# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANACAPA BOATYARD, LLC, a California Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>S/V CHAPERON, U.S.C.G. Official No. 1069675, A 45-FOOT SAILING VESSEL, AND ALL OF HER ENGINES, TACKLE, ACCESSORIES, EQUIPMENT, FURNISHINGS AND APPURTENANCES, *in rem*;<br><br>Defendant. | Case No. 2:21-CV-00943 RGK (JPR)<br><br>IN ADMIRALTY<br><br>ORDER DISMISSING ACTION WITH PREJUDICE<br><br>F.R.C.P. 41(a)(1)(A)(ii)<br><br>Judge: Hon. R. Gary Klausner |

## **ORDER OF DISMISSAL**

Pursuant to the Stipulation of the Parties under Federal Rule of Civil Procedure 41(a)(1)(ii), and the Court having reviewed the pleadings and other filings in this action, and good cause therefor appearing, it is therefore hereby

///
///
///
///
///

**ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE** as to all claims, causes of action and Parties, with each Party bearing that Party's own attorney's fees and costs.

The Clerk is directed to close the file.

Dated: June _7_, 2021

*Gary Klausner* (signature)

HON. R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE